IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-479-FL-KS

ALLISON DAUGHTREY; R.L., a minor; and B.L., a minor,

Plaintiffs,

v.

MARISSA WILCOM; SUZANNAH VENCIL; SUSAN FRANK, Licensed Clinical Psychologist/Owner at Frank Psychology & Forensics, LLC; C.S. HAINES; KIERA GORHAM, receptionist; WINCHESTER DEPT. OF SOCIAL SERVICES; MADISON STEVENS; ABIGAIL FOLTZ; LINDA BROCKINGTON; and SAVANNAH RAINES, Family Service Specialist IV,

Defendants.

ORDER

This matter is before the court for determination of whether this action should be transferred to the United States District Court for the Western District of Virginia. United States Magistrate Judge Kimberly A. Swank entered memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's case be transferred (DE 20). Plaintiff consents to the proposed transfer (DE 21).

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and

conclusions only for clear error, and need not give any explanation for adopting the M&R. Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

Here, the magistrate judge recommends transfer of this action to the United States District Court for the Western District of Virginia pursuant to 28 U.S.C. § 1404. As noted above, plaintiff consents to the transfer. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error. The court hereby ADOPTS the recommendation of the magistrate judge as its own. This action is TRANSFERRED to the United States District Court for the Western District of Virginia. The court expresses no opinion on plaintiff's pending motions (DE 9, 14, 15) or whether her claims survive review pursuant to 28 U.S.C. § 1915(e)(2). The United States District Court for the Western District of Virginia is better positioned to address these issues.

SO ORDERED, this the 9th day of September, 2026.

LOUISE W. FLANAGAN
United States District Judge